| PROB 22-DC (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 92-442 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 92-442 |

07 CRIM 300

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Robert Johnson 1184 East 214th Street Bronx, NY 10469 | District of Columbia | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Louis C. Bechtle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/27/2007 — TO 2/26/2015 |

OFFENSE

Unlawful Distribution of Cocaine Base Within 1,000 Feet of a School, in violation of 21 U.S.C. § 860(a).

Unlawful Distribution of 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(A)(1)(b)(111).

Judge Batts

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_9 March 2007_   _[signature]_
Date   United States Chief Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 6 2007

_____   _[signature]_
Effective Date   United States District Judge

FRANK MAAS
United States Magistrate Judge
Southern District of New York