

P47949/J. Verga

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

## MEMORANDUM

**07 CRM 300**

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Jessica Verga, USPO

**RE:** Robert Johnson

**DATE:** April 9, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On September 16, 1993, the above-named individual was sentenced as outlined in the attached J & C. In March 2007, we received a letter from the District of Columbia advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Mr. Johnson's transfer to the SD/NY, was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-0034.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Jessica Verga
U.S. Probation Officer

[ELECTRONICALLY FILED
APR 17 2007]